

ENTERED
07/22/2010

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

|  |  |  |
|---|---|---|
| IN RE | ) | |
| | ) | |
| ASHLEY S. LEWIS, | ) | CASE NO. 09-80545-G3-7 |
| | ) | |
| Debtor, | ) | |
| | ) | |
| ASHLEY S. LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ADV. NO. 10-8044 |
| | ) | |
| SALLIE MAE LOAN SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

ORDER

Plaintiff, the Debtor in the above captioned Chapter 7 case, has filed an "Application to Proceed in District Court Without Prepaying Fees or Costs" (Docket No. 2), seeking relief pursuant to 28 U.S.C. § 1915.  Under 28 U.S.C. § 1930(e), the fees collectible by the Clerk of the Bankruptcy Court are only the fees prescribed in 28 U.S.C. § 1930.  Under paragraph (6) of the Bankruptcy Court Miscellaneous Fee Schedule, reprinted in 28 U.S.C. § 1930, the fee for filing of a complaint must not be charged if the debtor is the plaintiff.  Accordingly, the Clerk is not to charge a filing fee to the Debtor as Plaintiff in the

above captioned adversary proceeding.  As a result, it is

ORDERED that the "Application to Proceed in District Court Without Prepaying Fees or Costs" (Docket No. 2) is denied without prejudice, as moot.

Signed at Houston, Texas on this __JUL 2 1 2010__ day of _____, 2010.

_____
LETITIA Z. PAUL
UNITED STATES BANKRUPTCY JUDGE