

ENTERED
07/22/2010

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| IN RE | ) |
| ASHLEY S. LEWIS, | ) CASE NO. 09-80545-G3-7 |
| Debtor, | ) |
| ASHLEY S. LEWIS, | ) |
| Plaintiff, | ) |
| v. | ) ADV. NO. 10-8044 |
| SALLIE MAE LOAN SERVICES, | ) |
| Defendant. | ) |

<u>ORDER</u>

      Plaintiff, the Debtor in the above captioned Chapter 7 case, has filed an "Application to Proceed in District Court Without Prepaying Fees or Costs" (Docket No. 2), seeking relief pursuant to 28 U.S.C. § 1915. Under 28 U.S.C. § 1930(e), the fees collectible by the Clerk of the Bankruptcy Court are only the fees prescribed in 28 U.S.C. § 1930. Under paragraph (6) of the Bankruptcy Court Miscellaneous Fee Schedule, reprinted in 28 U.S.C. § 1930, the fee for filing of a complaint must not be charged if the debtor is the plaintiff. Accordingly, the Clerk is not to charge a filing fee to the Debtor as Plaintiff in the

above captioned adversary proceeding. As a result, it is

ORDERED that the "Application to Proceed in District Court Without Prepaying Fees or Costs" (Docket No. 2) is denied without prejudice, as moot.

Signed at Houston, Texas on this \_\_\_\_JUL 2 1 2010\_\_\_\_ day of _____, 2010.

*Letitia Z. Paul*
LETITIA Z. PAUL
UNITED STATES BANKRUPTCY JUDGE

# CERTIFICATE OF NOTICE

```
District/off: 0541-3          User: kgil              Page 1 of 1             Date Rcvd: Jul 22, 2010
Case: 10-08044                Form ID: pdf111         Total Noticed: 1

The following entities were noticed by first class mail on Jul 24, 2010.
pla           +Ashley S Lewis,   341 Capella Oaks Lane,   Dickinson, TX 77539-4383

The following entities were noticed by electronic transmission.
NONE.                                                                                      TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
dft            Sallie Mae Loan Services
                                                                                  TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 24, 2010**           Signature:   *Joseph Speetjens*