GALVESTON   GALVESTON           JUDGE LETITIA Z. PAU[L]
                                JUL  2010

ENTERED
08/02/2010

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

IN RE: ASHLEY S LEWIS                CASE NO. 10-80545-G3-7
         DEBTOR                      ADVERSARY NO. 10-08044

ASHLEY S LEWIS
PLAINTIFF(S)

vs

SALLIE MAE LOAN SERVICES
    DEFENDANT(S)

## COMPREHENSIVE SCHEDULING, PRETRIAL, AND TRIAL ORDER

This case was filed on **JULY 20, 2010**.

1. THIS ORDER SHALL BE SERVED BY THE PLAINTIFF WITH THE SUMMONS.

2. The plaintiff shall file no later than 90 days after the filing of this adversary case a status report which contains this information:

   a. When service of the summons and complaint was accomplished;
   b. Whether an answer has been served on the counsel;
   c. If an answer has been served, the name, address and telephone number of defendant's counsel;
   d. If no answer has been received, a motion for default judgment must be attached.

3. All discovery shall be completed no later than 180 days after the date the adversary proceeding was filed.

4. All dispositive motions shall be filed no later than 180 days after the date the adversary proceeding was filed.

5. A Joint Pretrial Statement shall be filed no later than 210 days after the date the adversary proceeding was filed. All counsel shall be responsible for the actual filing of the jointly prepared document. If a joint Pretrial statement is not obtainable, the parties are required to file a

separate Pretrial Statement.

6. A Status Conference shall be held on **OCTOBER 01, 2010, at 12:00 P.M.,** at 601 Rosenberg, 6th **Floor Courtroom** before Judge Letitia Z. Paul, Galveston, Texas, to determine default, dismissal or possible settlement. If it is determined the case is ready to go forward:

7. A Pretrial Conference shall be held on **MARCH 04, 2011, at 12:15 P.M.,** at 601 Rosenberg, 6th **Floor Courtroom** before Judge Letitia Z. Paul, Galveston, Texas. Counsel who have major responsibility for the case must attend the pretrial.

8. Trial will be held the week of **MARCH 14 - 18, 2011.**

9. Any changes in this schedule will only be made by further order of the court. Motions to extend these deadlines will be granted only for good cause beyond the control of the lawyers or parties in very limited circumstances.

10. Discovery dispute motions may be made formally in writing or, if the court has available time, may be dealt with by telephonic conference at the time dispute arises.

**COUNSEL IS DISCOURAGED FROM FILING MOTIONS TO COMPEL, MOTIONS FOR PROTECTIVE ORDERS AND SIMILAR MOTIONS. IN THE EVENT SUCH A MOTION IS MADE, ORALLY OR IN WRITING, SANCTIONS SHALL, IN ALL LIKELIHOOD, BE IMPOSED AS PROVIDED IN BANKRUPTCY RULES 9011, 7037, OR 28 U.S.C. SECTION 1927.**

11. Failure to comply with any of the requirements of this order may result in sanctions being imposed on counsel, the parties, or both, which may include dismissal or entry of judgment for the opposing party.

**DATED: AUGUST 02, 2010**

_____
LETITIA Z. PAUL
UNITED STATES BANKRUPTCY JUDGE

# CERTIFICATE OF NOTICE

```
District/off: 0541-3          User: mrod             Page 1 of 1            Date Rcvd: Aug 02, 2010
Case: 10-08044                Form ID: pdf002        Total Noticed: 1

The following entities were noticed by first class mail on Aug 04, 2010.
pla          +Ashley S Lewis,   341 Capella Oaks Lane,   Dickinson, TX 77539-4383

The following entities were noticed by electronic transmission.
NONE.                                                                                     TOTAL: 0

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
dft           Sallie Mae Loan Services
                                                                              TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 04, 2010**                    **Signature:**   _Joseph Speetjens_