IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE: ASHLEY LEWIS  
        DEBTOR

CASE NO. 09-80545-G3-7  
ADVERSARY NO. 10-08044

ASHLEY LEWIS  
        PLAINTIFF

vs

SALLIE MAE LOAN SERVICES  
        DEFENDANT

## NOTICE RESCHEDULING HEARING

**NOTICE IS HEREBY GIVEN THAT** the Status Conference scheduled FOR

**OCTOBER 01, 2010 at 12:00 P.M.** in Galveston, Texas, is RESCHEDULED TO

**OCTOBER 05, 2010 at 02:00 P.M.** in Houston, Texas, 515 Rusk, 4th Floor Courtroom.

PURSUANT TO BANKRUPTCY LOCAL RULE 2002(a), "MOVANT" SHALL SERVE NOTICE OF THIS HEARING TO ALL PARTIES IN INTEREST.

Dated: SEP - 9 2010

BY: *Maria Rodriguez*