IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON  DIVISION

IN RE:  ASHLEY LEWIS                                CASE NO. 09-80545-G3-7
          **DEBTOR**                                      ADVERSARY NO. 10-08044

     ASHLEY LEWIS
         **PLAINTIFF**

        vs

    SALLIE MAE LOAN SERVICES
        **DEFENDANT**

## NOTICE RESCHEDULING HEARING

**NOTICE IS HEREBY GIVEN THAT** the Status Conference scheduled  FOR

**OCTOBER 01, 2010 at 12:00 P.M.**  in Galveston, Texas, is RESCHEDULED TO

**OCTOBER 05, 2010 at 02:00 P.M. in Houston, Texas, 515 Rusk, 4th Floor Courtroom.**

PURSUANT TO BANKRUPTCY LOCAL RULE 2002(a), "MOVANT" SHALL SERVE
NOTICE OF THIS HEARING TO ALL PARTIES IN INTEREST.

Dated: _____ SEP - 9 2010 _____        BY: _Maria Rodriguez_

# CERTIFICATE OF NOTICE

```
District/off: 0541-3        User: mrod          Page 1 of 1         Date Rcvd: Sep 09, 2010
Case: 10-08044              Form ID: pdf002     Total Noticed: 1


The following entities were noticed by first class mail on Sep 11, 2010.
pla          +Ashley S Lewis,   341 Capella Oaks Lane,   Dickinson, TX 77539-4383

The following entities were noticed by electronic transmission.
NONE.                                                                  TOTAL: 0


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
dft           Sallie Mae Loan Services
                                                                       TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 11, 2010**          **Signature:**  _____