IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE: ASHLEY S LEWIS  
**DEBTOR**

CASE NO. 09-80545-G3-7  
ADVERSARY NO. 10-08044

ASHLEY S LEWIS  
**PLAINTIFF**

vs

SALLIE MAE LOAN SERVICES  
**DEFENDANT**

# NOTICE CHANGING TIME OF HEARING

<u>**NOTICE IS HEREBY GIVEN THAT**</u> the Status Conference scheduled FOR

<u>**OCTOBER 05, 2010 at 02:00 P.M.**</u> in Houston, Texas, is RESCHEDULED TO

<u>**OCTOBER 05, 2010 at 11:00 A.M.**</u> in Houston, Texas, 515 Rusk, 4th Floor Courtroom.

PURSUANT TO BANKRUPTCY LOCAL RULE 2002(a), "MOVANT" SHALL SERVE NOTICE OF THIS HEARING TO ALL PARTIES IN INTEREST.

Dated: SEP 2 2 2010                    BY: *Maria Rodriguez*