IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE: ASHLEY S LEWIS  
      **DEBTOR**

CASE NO. 09-80545-G3-7  
ADVERSARY NO. 10-08044

ASHLEY S LEWIS  
   **PLAINTIFF**

vs

SALLIE MAE LOAN SERVICES  
  **DEFENDANT**

# NOTICE CHANGING TIME OF HEARING

<u>**NOTICE IS HEREBY GIVEN THAT**</u> the Status Conference scheduled FOR

<u>**OCTOBER 05, 2010 at 02:00 P.M.**</u> in Houston, Texas, is RESCHEDULED TO

<u>**OCTOBER 05, 2010 at 11:00 A.M.**</u> in Houston, Texas, 515 Rusk, 4th Floor Courtroom.

PURSUANT TO BANKRUPTCY LOCAL RULE 2002(a), "MOVANT" SHALL SERVE NOTICE OF THIS HEARING TO ALL PARTIES IN INTEREST.

Dated: _____SEP 2 2 2010_____   BY: _/s/ Maria Rodriguez_

# CERTIFICATE OF NOTICE

```
District/off: 0541-3          User: mrod              Page 1 of 1             Date Rcvd: Sep 22, 2010
Case: 10-08044                Form ID: pdf111         Total Noticed: 1

The following entities were noticed by first class mail on Sep 24, 2010.
pla          +Ashley S Lewis,   341 Capella Oaks Lane,   Dickinson, TX 77539-4383

The following entities were noticed by electronic transmission.
NONE.                                                                                       TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
dft           Sallie Mae Loan Services
                                                                                  TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 24, 2010**          **Signature:** _Joseph Speetjens_