IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: ASHLEY S LEWIS<br>**DEBTOR** | CASE NO. 09-80545-G3-7<br>ADVERSARY NO. 10-08044 |
| ASHLEY S LEWIS<br>**PLAINTIFF** | |
| vs | |
| SALLIE MAE LOAN SERVICES<br>**DEFENDANT** | |

# NOTICE CHANGING TIME OF PRE-TRIAL CONFERENCE

**NOTICE IS HEREBY GIVEN THAT** the PRE-TRIAL CONFERENCE scheduled FOR MARCH 04, 2011 at 12:15 P.M. in Galveston, Texas, is RESCHEDULED TO MARCH 04, 2011 at 12:00 P.M. in Galveston, Texas, 601 Rosenberg, 6th Floor Courtroom.

PURSUANT TO BANKRUPTCY LOCAL RULE 2002(a), "MOVANT" SHALL SERVE NOTICE OF THIS HEARING TO ALL PARTIES IN INTEREST.

DATED: JAN 13 2011          BY: Maria Rodriguez