IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: ASHLEY S LEWIS<br>**DEBTOR** | CASE NO. 09-80545-G3-7<br>ADVERSARY NO. 10-08044 |
| ASHLEY S LEWIS<br>**PLAINTIFF** | |
| vs | |
| SALLIE MAE LOAN SERVICES<br>**DEFENDANT** | |

## NOTICE CHANGING TIME OF PRE-TRIAL CONFERENCE

<u>**NOTICE IS HEREBY GIVEN THAT**</u> the PRE-TRIAL CONFERENCE scheduled FOR <u>**MARCH 04, 2011 at 12:15 P.M.**</u> in Galveston, Texas, is RESCHEDULED TO <u>**MARCH 04, 2011 at 12:00 P.M.**</u> <u>in Galveston, Texas, 601 Rosenberg, 6th Floor Courtroom.</u>

PURSUANT TO BANKRUPTCY LOCAL RULE 2002(a), "MOVANT" SHALL SERVE NOTICE OF THIS HEARING TO ALL PARTIES IN INTEREST.

DATED: _JAN 1 3 2011_     BY: _Maria Rodriguez_ (signature)

# CERTIFICATE OF NOTICE

```
District/off: 0541-3          User: mrod               Page 1 of 1            Date Rcvd: Jan 13, 2011
Case: 10-08044                Form ID: pdf002          Total Noticed: 1

The following entities were noticed by first class mail on Jan 15, 2011.
pla          +Ashley S Lewis,   341 Capella Oaks Lane,   Dickinson, TX 77539-4383

The following entities were noticed by electronic transmission.
NONE.                                                                                      TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
dft           Sallie Mae Loan Services
                                                                                  TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 15, 2011**                    **Signature:**    _Joseph Speetjens_