IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

IN RE: ASHLEY S LEWIS
**DEBTOR**

CASE NO. 09-80545-G3-7
ADVERSARY NO. 10-08044

ASHLEY S LEWIS
**PLAINTIFF**

vs

SALLIE MAE LOAN SERVICES
**DEFENDANT**

## NOTICE RESCHEDULING PRE-TRIAL CONFERENCE

**NOTICE IS HEREBY GIVEN THAT** the **PRE-TRIAL CONFERENCE scheduled FOR MAY 12, 2011 at 12:00 P.M.** in Galveston, Texas, is **RESCHEDULED TO MAY 13, 2011 at 12:00 P.M. in Galveston, Texas, 601 Rosenberg, 6th Floor Courtroom.**

PURSUANT TO BANKRUPTCY LOCAL RULE 2002(a), "MOVANT" SHALL SERVE NOTICE OF THIS HEARING TO ALL PARTIES IN INTEREST.

DATED: MAR - 3 2011        BY: *Maria Rodriguez* (signature)