IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

IN RE: ASHLEY S LEWIS  
      **DEBTOR**

CASE NO. 09-80545-G3-7  
ADVERSARY NO. 10-08044

ASHLEY S LEWIS  
**PLAINTIFF**

vs

SALLIE MAE LOAN SERVICES  
**DEFENDANT**

## NOTICE RESCHEDULING PRE-TRIAL CONFERENCE

**NOTICE IS HEREBY GIVEN THAT** the PRE-TRIAL CONFERENCE scheduled FOR MAY 12, 2011 at 12:00 P.M. in Galveston, Texas, is RESCHEDULED TO MAY 13, 2011 at 12:00 P.M. in Galveston, Texas, 601 Rosenberg, 6th Floor Courtroom.

PURSUANT TO BANKRUPTCY LOCAL RULE 2002(a), "MOVANT" SHALL SERVE NOTICE OF THIS HEARING TO ALL PARTIES IN INTEREST.

DATED: MAR - 3 2011        BY: Maria Rodriguez

United States Bankruptcy Court
Southern District of Texas

Lewis,
    Plaintiff

Adv. Proc. No. 10-08044-lzp

Sallie Mae Loan Services,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0541-3    User: mrod    Page 1 of 1    Date Rcvd: Mar 03, 2011
                    Form ID: pdf111    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2011.
pla       +Ashley S Lewis,   341 Capella Oaks Lane,   Dickinson, TX 77539-4383

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
dft       Sallie Mae Loan Services
    TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 05, 2011**        **Signature:** _Joseph Speetjens_